UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN M. FLATOW,
et al.,

    *Plaintiffs*,

v.

THE ISLAMIC REPUBLIC OF IRAN,
et al.,

    *Defendants*.

Case No. 1:97-cv-396-RCL

## ORDER

Under District of Columbia law, every final judgment rendered in this Court is enforceable for a twelve-year period "from the date when an execution might first be issued thereon[] or from the date of the last order of revival thereof." D.C. Code § 15-101(a). District of Columbia law also permits revival of judgment, which "extends the effect and operation of the judgment . . . and all the remedies for its enforcement for the period of twelve years from the date of the order." *Id.* § 15-103.

In light of this approaching deadline, plaintiffs filed a motion [188] for a second revival of their judgment against Iran. This Court issued judgment in this case on March 11, 1998. *Flatow v. Islamic Republic of Iran*, 999 F. Supp. 1 (D.D.C. 1998). Execution of that judgment could have been issued as the date of that judgment. Therefore, the twelve-year period mandated by the D.C. Code commenced on March 11, 1998. The Court initiated a new twelve-year period through its first renewal of judgment on March 3, 2010. *See* Order Granting Mot. for Renewal of J., ECF No. 187. This period will conclude on March 3, 2022 at the earliest. Although plaintiffs have vigorously sought to enforce the 1998 judgment, the punitive-damage award remains unsatisfied.

1

2

To allow plaintiffs additional time to enforce the judgment, the Court hereby **GRANTS** plaintiffs' motion. The judgment entered herein on March 11, 1998, is hereby **REVIVED**.

It is **SO ORDERED**.

SIGNED this 6th day of December, 2021.

_____
Royce C. Lamberth
United States District Judge